UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **INSTITUTE OF MULTIDIMENSIONAL MEDICINE**,<br><br>*Plaintiff*,<br><br>v.<br><br>**METAGENICS, INC.**<br><br>*Defendant*. | Civil No. 1:22-cv-01308-JEB |

**[PROPOSED] ORDER**

Defendant's Motion to Dismiss is hereby GRANTED this ___ day of _____, 2022.

Plaintiff's Complaint, filed on April 8, 2022, is hereby DISMISSED with prejudice.

_____
JAMES E. BOASBERG
United States District Judge