# EXHIBIT A



# EXHIBIT B



# Get started with Metagenics

Looking to purchase Metagenics products? We sell exclusively through healthcare practitioners. Simply fill out the form below, and we'll send you a link to a practitioner's eStore.

*indicates required field

**First name***

**Last name***

**Email***

**Phone number***

**ZIP/postal code***

**How did you hear about us?**

Please Select

**Have you purchased Metagenics products before?**

○ Yes

○ No

Metagenics is committed to protecting and respecting your privacy. Please read the following text before checking the box: I understand that by checking this box, I agree to receive Metagenics communications. I understand and agree that this information will not be sold to any third-party companies. You can unsubscribe from these communications at any time. For more information on how to unsubscribe, our privacy practices, and how we are committed to protecting and respecting your privacy, please review our **Privacy Policy** or the **Privacy Policy for California Residents**.

☐ I agree to receive other communications from Metagenics*

By clicking submit below, you consent to allow Metagenics to store and process the personal information submitted above to provide you the content requested.

[ Submit ]

---



CONNECT

Terms of Use | Policies | Supply Chain Act

* These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

# EXHIBIT C

This website uses cookies to store information on your computer. Some are essential to make our site work; others help us improve the user experience and to analyze performance and traffic on our website. To get more information about these cookies and the processing of your personal information, please see our Privacy Policy.

# Who We Are

For over 30 years, our dedication to scientific discovery, unparalleled quality, and practitioner partnerships has positioned us as an industry leader in functional nutrition.

## Practitioner Partnerships

Supplements are powerful tools. Under the guidance of a trusted practitioner, they can deliver profound health benefits.

To help patients achieve their health and wellness goals, we forge long-lasting partnerships with practitioners across disciplines and deliver nutritional solutions that work.

Live Chat



Live Chat

## Expanding the Boundaries of Nutritional Science



We have worked with top-level institutions to drive innovation and the most Live Chat in clinical nutrition through pioneering research.

It is our aim to make appropriate nutritional intervention the standard of care.

## Educating Our Partners for Success

Through innovative initiatives, strategic partnerships, and educational programs, we empower practitioners with education on the latest advances in clinical nutrition.



In 2016, Metagenics hosted:

28 Webinars

31 Seminars & Special Events

103 Connecting with Practitioners Dinners

50 Round Table Workshops



5 healthcare disciplines supported by complimentary, accredited continuing education units



2-3 annual fellowships offered to our naturopathic colleagues*



2,000+ articles (pending†) to be uploaded on the Metagenics Institute (MHICN) in early 2017





Live Chat

The number of fellowsh
To be posted in 2017

# Four Decades of Innovation

| 1983 | Launched the exclusive, scientifically-demonstrated probiotic strain *Lactobacillus Acidophilus* NCFM®‡ | 1984 |

First to deliver Microcrystalline Hydroxyapatite Concentrate for bone support

| | |
|---|---|
| 2002 | Launched the bioavailable folate L-5-methyltetrahydrofolate in the functional medicine market |
| 2005 | Discovered Selective Kinase Response Modulators (SKRMs) |
| 2010 | Introduced Estrovera®, featuring ERr 731®, clinically demonstrated to reduce menopausal hot flashes by 75%† |
| 2012 | Launched PhytoMulti®, featuring a proprietary blend of concentrated extracts and phytonutrients |
| 2013 | Launched Mega 10®, an omega 7 + 3 combination |
| 2014 | Launched Ultra Glucose Control® Medical Food, specially formulated for the nutritional management of glucose response |
| 2015 | Launched SPM Active®, the first product to deliver standardized levels of Specialized Pro-Resolving Mediators (SPMs) |
| 2015 | Next generation of SKRMs (XNT ProMatrix®) first introduced in newly formulated UltraInflamX® Plus 360°® for the nutritional management of IBD |
| 2016 | PreBiome 2'-FL™, a nature-identical HMO prebiotic, featured in UltraGI Replenish® |

† This estimated ratio is not included in the publication of a 12-week, multicenter, randomized, placebo-controlled clinical study of 112 postmenopausal women. It is calculated from the median change of 9 daily hot flashes divided by the median baseline value of 12 daily hot flashes.
‡NCFM® is a trademark of the North Carolina Dairy Foundation

Innovation is in our DNA.

From our earliest days, we have pioneered novel nutritional solutions that arm practitioners with the tools they need to help improve patient outcomes.

Live Chat

## Providing Clean and Transparent Labels

As part of our commitment to exceptional quality, we brand our products with clean and transparent labels.

From gluten-free to non-GMO, we aim to deliver clear and accurately labeled nutritional solutions to meet every patient's health needs.

# EXHIBIT D

This website uses cookies to store information on your computer. Some are essential to make our site work; others help us improve the user experience and to analyze performance and traffic on our website. To get more information about these cookies and the processing of your personal information, please see our Privacy Policy.

# How to Purchase Products

## How to Buy Metagenics Products

To meet the needs of an ever-increasing number of patients utilizing Metagenics products, we provide several convenient options for purchasing:

**Your Healthcare Provider's Office.** In many cases, you can simply purchase Metagenics products at regular office visits. Some products may be readily available, while others may require a special order and be ready to pick up in a few days (or at a follow-up visit).

**Metagenics.com with Practitioner Code.** Many participating Metagenics Practitioners offer ordering online on Metagenics.com, which may be shipped directly to your home for added convenience. Ask your healthcare practitioner if s/he has a Metagenics.com Practitioner Code. With a Metagenics.com Practitioner Code simply log on to Metagenics.com, or create a new account, and enter the provided Practitioner Code and you will gain access to purchase Metagenics products online at Metagenics.com from your Practitioner.



Live Chat