UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE INSTITUTE OF MULTIDIMENSIONAL MEDICINE,<br><br>Plaintiff,<br><br>v.<br><br>METAGENICS, INC.,<br><br>Defendant. | Civil Action No. 22-1308 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's Motion to Dismiss is GRANTED; and

2. The case is DISMISSED WITHOUT PREJDUICE.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  October 18, 2022

1